Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-50952 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PQ Real Estate LLC | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 55.1 343 Carswell Ave-East Side 2 Bldgs, FL<br><br>SOLD PER ORDER ENTERED IN PRODUCT QUEST MANUFACTURING, LLC (Case No. B-18-50946C-7W) ON 3/7/19 [#461]. SALE PRICE OF $105,000 FOR 343 & 540 CARSWELL, CLOSING COSTS OF $39,319.34. GROSS SALE PROCEEDS APPLIED PRORATA TO EACH ASSET. | 518,480.95 | 20,915.07 | | 20,915.07 | FA |
| 2. 55.2 540 Carswell Ave-Land & Bldg FL<br><br>SOLD PER ORDER ENTERED IN PRODUCT QUEST MANUFACTURING, LLC (Case No. B-18-50946C-7W) ON 3/7/19 [#461]. SALE PRICE OF $105,000 FOR 343 & 540 CARSWELL, CLOSING COSTS OF $39,319.34. GROSS SALE PROCEEDS APPLIED PRORATA TO EACH ASSET. | 1,109,731.17 | 44,765.59 | | 44,765.59 | FA |
| 3. 74.1 Lawsuit<br><br>The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by the former owners to the Kainos Capital acquisition entity in the August 14, 2015, Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.<br><br>The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery. The only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | 0.00 | | 0.00 | 0.00 |
| 4. Void (u)<br><br>To be sold to Industrial Assets Corp., or their designee, for $82,500.00 [Order submitted 4/28/19]. | 0.00 | N/A | | 0.00 | FA |
| 5. Refund for Flood Insurance (u) | Unknown | 849.33 | | 849.33 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,628,212.12 | $66,529.99 | | $66,529.99 | $0.00 |

Page: 2

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FOURTEENTH INTERIM REPORT (2ND QUARTER 2022)

A Stipulation of Voluntary Dismissal of Adversary Proceeding Complaint against Debtor was filed in the WARN Act adversary proceeding styled Jonathon Walker vs. Product Quest Manufacturing, LLC; Ei LLC; Product Quest Logistics, LLC; Scherer Labs International, LLC; JBTRS, L.L.C.; and PQ Real Estate LLC (Adversary Proceeding Number 18-06028) on June 30, 2022 [docket #47]. Trustee will be submitting his Final Report for this case in the upcoming quarter.

Initial Projected Date of Final Report (TFR): 12/31/2020    Current Projected Date of Final Report (TFR): 12/31/2022

Trustee Signature:    /s/ C. EDWIN ALLMAN, III, Trustee    Date: 07/08/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50952  
Case Name: PQ Real Estate LLC  
Taxpayer ID No: XX-XXX4569  
For Period Ending: 06/30/2022  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0948  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Balance Forward |  |  |  | $0.00 |
|  |  | No Transactions |  |  |  |  | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00    $0.00 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Subtotal | $0.00    $0.00 |
| Less: Payments to Debtors | $0.00    $0.00 |
| Net | $0.00    $0.00 |

Page Subtotals:    $0.00    $0.00

Page: 2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50952  
Case Name: PQ Real Estate LLC  
Taxpayer ID No: XX-XXX4569  
For Period Ending: 06/30/2022  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0097  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | $8,894.44 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.82 | $8,884.62 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.49 | $8,875.13 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.80 | $8,865.33 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $29.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $29.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $29.11 |

Page Subtotals: $0.00   $29.11

Page:   3

|  | TOTAL OF ALL ACCOUNTS | | |
|---|---:|---:|---:|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX0097 - Checking | $849.33 | $49,297.42 | $8,865.33 |
| XXXXXX0948 - Checking | $65,680.66 | $8,367.24 | $0.00 |
|  | $66,529.99 | $57,664.66 | $8,865.33 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $66,529.99 |
| Total Gross Receipts: | $66,529.99 |

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee    Date: 07/08/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:                $0.00        $0.00